IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIRECT WIRE AND MANUFACTURING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KALAS MFG, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 13-2900<br><br>**FILED**<br>SEP 1 9 2013<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

**ORDER**

  **AND NOW**, this 19th day of September 2013, upon receipt of notice informing the Court that the above-captioned action has settled, it is **ORDERED** as follows:

  1.  The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

  2.  Any outstanding motions are **DENIED AS MOOT**.

  3.  The Clerk of Court shall close the above-captioned case for statistical purposes.

            BY THE COURT:

            /s/ Joel Slomsky
            JOEL H. SLOMSKY, J.

ENTERED
SEP 19 2013
CLERK OF COURT